<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6790**
_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

        v.

QUENETTA BARNES,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (3:06-cr-00191-JRS-1)

_____

Submitted:  July 24, 2012            Decided:  August 14, 2012

_____

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Quenetta Barnes, Appellant Pro Se.  Jessica Aber Brumberg, OFFICE OF THE UNITED STATES ATTORNEY, Laura Colombell Marshall, Assistant United States Attorney, Richmond, Virginia; G. Michael Favale, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quenetta Barnes appeals the district court's order denying her request to credit her with intermittent time served during her term of supervised release and apply that credit to her current term of imprisonment following the revocation of her supervised release. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Barnes, No. 3:06-cr-00191-JRS-1 (E.D. Va. Apr. 10, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED